UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.L. COMPUTERS AND SOFTWARE, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, <br><br>  Defendant. | Case No. 15-cv-04202-HSG <br><br> **ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 33 |

On May 31, 2016, the Court issued an order denying Plaintiff's motion for entry of final judgment. Dkt. No. 33 ("Order"). In the Order, the Court directed Plaintiff to file notice with the Court within three days, indicating whether it would like to (1) dismiss the Doe Defendants without prejudice and decline amendment of its complaint in favor of appeal; (2) amend its breach of contract claim as to FedEx; or (3) proceed against the Doe Defendants without FedEx. *Id.* at 5. The deadline for Plaintiff to file notice has passed, and Plaintiff has failed to respond.

The Court hereby ORDERS Plaintiff to show cause why the Court should not dismiss this action with prejudice in light of Plaintiff's failure to respond to the Court's Order. Plaintiff must file a statement of two pages or less that responds to this order by June 10, 2016.

**IT IS SO ORDERED.**

Dated: June 7, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge